# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>          Plaintiff,<br>v.<br><br>DANILO SANTOS, *et al.*,<br><br>          Defendants. | Case No. 3:23-cv-00312-ART-CLB<br><br>**ORDER FOR PLAINTIFF TO UPDATE ADDRESS** |

According to the Nevada Department of Corrections inmate database, Plaintiff Michael Leon Williams is no longer at the address listed with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. The Court grants Williams until **January 13, 2025**, to file his updated address with this Court. If Williams does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

**IT IS THEREFORE ORDERED** that Williams shall file his updated address with the Court by **January 13, 2025**.

**IT IS FURTHER ORDERED** that, if Williams does not timely comply with this order, this case will be subject to dismissal without prejudice.

**DATED**: December 12, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**