# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>                        Plaintiff,<br>v.<br><br>DANILO SANTOS, *et al.*,<br><br>                        Defendants. | Case No. 3:23-cv-00312-ART-CLB<br><br>**ORDER** |

On December 12, 2024, the Court issued an order directing Plaintiff Michael Leon Williams to file his current address with the Court by January 13, 2025. (ECF No. 8.) However, the Court's order came back as undeliverable, with a note that Williams is currently housed at Lovelock Correctional Center ("LCC"). (ECF No. 9.)

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

In light of the note that Williams is currently housed at LCC, the Court will send a courtesy copy of this order to Williams at LCC. The Court will also extend the deadline for Williams to file his updated address with the Court until **January 15, 2025**. If Williams does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

**IT IS THEREFORE ORDERED** that Williams shall file his updated address with the Court by **January 15, 2025**.

**IT IS FURTHER ORDERED** that, if Williams does not timely comply with this order, this case will be subject to dismissal without prejudice.

1     **IT IS FURTHER ORDERED** that the Clerk of Court send a courtesy copy of this
2 order to Williams at Lovelock Correctional Center.
3     **DATED**: December 16, 2024.

                                      **UNITED STATES MAGISTRATE JUDGE**